UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:22-cr-1-SPC-NPM

ROMEO LENELL BATTLE

_____

### PRELIMINARY ORDER OF FORFEITURE [1]

Before the Court, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 52).  The Governments seeks forfeiture of Defendant Romeo Lenell Battle's interest in **a Glock firearm (S/N LKC905), approximately 10 rounds of Winchester ammunition, approximately one round of Speer ammunition, and approximately one round of DRT ammunition**.

On April 13, 2022, the defendant pleaded guilty to the offense charged in count one of the Indictment, possession of firearm by a convicted felon — a violation of 18 U.S.C. § 922(g)(1). (Doc. 49).  The undersigned United States District Court Judge accepted the defendant's plea and adjudicated him guilty of the offense, scheduling sentencing for July 18, 2022. (Doc. 50).

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the assets, the United States' Motion for Preliminary Order of Forfeiture (Doc. 52) is **GRANTED**.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the firearm and ammunition described above are **FORFEITED** to the United States of America for disposition according to law.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE AND ORDERED** in Fort Myers, Florida on April 28, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record