UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:22-cr-1-SPC-NPM

ROMEO LENELL BATTLE

### FINAL ORDER OF FORFEITURE[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for Final Order of Forfeiture filed August 22, 2022 (Doc. 64).  The United States seeks a final order of forfeiture for **a Glock firearm (S/N LKC905), approximately 10 rounds of Winchester ammunition, approximately one round of Speer ammunition, and approximately one round of DRT ammunition**, which were subject to the Court's Preliminary Order of Forfeiture issued April 28, 2022 (Doc. 53).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on April 29, 2022 and continuing through May 28, 2022.  (Doc. 54).  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United

---

[1] Disclaimer:  Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

States District Court, Middle District of Florida, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 64) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on September 14, 2022.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record